IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WOODROW DUNN JR.,

        Plaintiff,

vs.                                                                No. CV 18-01043 KG/JHR

BRYAN COLLOPY
LEA COUNTY PUBLIC DEFENDER,

        Defendant.

RULE 41(a)(2) FINAL ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Civil Rights Complaint filed by Plaintiff Woodrow Dunn, Jr. (Doc. 1). On May 16, 2019, Plaintiff Dunn filed a document stating "I request Court to close this case #1:18-cv-01043 United States District Court I want to close this case." (Doc. 25). The Court construes the document as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2) and will grant Plaintiff's request.

IT IS ORDERED that the Civil Rights Complaint (Doc. 1) and all claims and causes of action are DISMISSED without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure and this civil case is CLOSED.

_____
UNITED STATES DISTRICT JUDGE